UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN PETROLEUM INSTITUTE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SECURITIES AND EXCHANGE COMMISION,<br><br>    Defendant. | Civil Action No.  12-1668 (JDB) |

## ORDER

Upon consideration of [24] Oxfam America, Inc.'s motion to intervene and request to file supplemental briefing, the parties' consent to the fact of intervention, and the entire record herein, it is hereby

**ORDERED** that [24] Oxfam America Inc.'s motion is **GRANTED IN PART**; it is further

**ORDERED** that Oxfam America, Inc. may intervene in this action pursuant to Federal Rule of Civil Procedure 24(b); it is further

**ORDERED** that [23] the Court's May 3, 2013, Scheduling Order is amended as follows:

In addition to the brief Oxfam filed with the D.C. Circuit in No. 12-1398, American Petroleum Institute et al. v. Securities and Exchange Commission (D.C. Cir. 2012), Oxfam may file a supplemental brief not to exceed 5 pages by not later than May 17, 2013.

If Oxfam files a supplemental brief, plaintiffs (as a group) and defendant may each file a responsive supplemental brief not to exceed 5 pages by not later than May 24, 2013.

1

And it is further

**ORDERED** that a motions hearing in this matter is hereby scheduled for June 7, 2013, at 10 a.m. in Courtroom 30; the Court will issue an Order dividing argument time at a later date.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: May 10, 2013