UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN PETROLEUM INSTITUTE,
et al.,

    Plaintiffs,

    v.

SECURITIES AND EXCHANGE
COMMISSION,

    Defendant,

and

OXFAM AMERICA, INC.

    Intervenor-Defendant.

Civil Action No.  12-1668 (JDB)

## ORDER

Upon consideration of [29] plaintiffs' motion for summary judgment, [26] [37] defendants' cross-motions for summary judgment, the various memoranda and supplements filed by the parties, the Motions Hearing held on June 7, 2013, and the entire record herein, and for the reasons explained in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [29] plaintiffs' motion for summary judgment is **GRANTED**; it is further

**ORDERED** that [26] [37] defendants' cross-motions for summary judgment are **DENIED**; it is further

**ORDERED** that the final rule promulgated by the United States Securities and Exchange Commission on September 12, 2012, and set forth at 77 Fed. Reg. 56365 (Sept. 12, 2012), is

1

hereby **VACATED** and **REMANDED** to the Commission for further proceedings consistent with the Memorandum Opinion issued on this date.

    **SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: July 2, 2013